**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF GEORGIA**
**AUGUSTA DIVISION**

IN RE:

Rebecca Lynne Lariscy,
aka Rebecca Lynne Barrow,
Debtor.
_____/

CASE NO.: 22-10335-SDB

CHAPTER 13

## OBJECTION TO CONFIRMATION OF DEBTOR'S CHAPTER 13 PLAN

COMES NOW, U.S. Bank National Association, not in its individual capacity but solely as Trustee for the CIM Trust 2018-R3 Mortgage backed notes, series 2018-R3 ("Secured Creditor"), who holds a secured lien on the Debtor's real property known as 6264 Otis Way Harlem, Georgia 30814 and files this Objection to Confirmation of Debtor's Plan.

The Plan proposes to pay only 4.00% interest, which is inadequate to assure that property distributed to Secured Creditor under the plan will have a value, as of the effective date of the plan that is not less than the allowed amount of such claim. The correct interest rate due Secured Creditor is 9.90%. The Plan is not in compliance with the requirements of 11 U.S.C. §§ 1322(b)(2) and 1325(a)(5) and cannot be confirmed

Pursuant to the loan documents, the Debtor is responsible for the payment of taxes and insurance on the subject property during the pendency of the Bankruptcy. The Debtor's plan does not provide for these payments. Therefore, the Plan is not in compliance with the requirements of 11 U.S.C. § 1325(a)(5) and cannot be confirmed. Secured Creditor objects to the Plan and to any plan which does not appropriately provide for Debtor's responsibility for the maintenance of post-petition taxes and insurance on the subject property.

WHEREFORE, Movant prays that this Court inquire into the matters raised herein and deny confirmation of the Chapter 13 Plan or enter such orders that the Court deems just and proper.

Robertson, Anschutz, Schneid & Crane LLC
Attorney for Secured Creditor
10700 Abbott's Bridge Road, Suite 170
Duluth, GA 30097
Telephone: 470-321-7112
Facsimile: 404-393-1425
By: /s/Andrea Betts

Andrea Betts, Esquire  
GA Bar Number 432863  
Email: abetts@raslg.com

## CERTIFICATE OF SERVICE

**I HEREBY CERTIFY** that on June 14, 2022, I electronically filed the foregoing with the Clerk of Court by using the CM/ECF system, and a true and correct copy has been served via CM/ECF or United States Mail to the following parties:

Rebecca Lynne Lariscy
6264 Otis Way
Harlem, GA 30814

Kathryn A. Brow Aho
Duncan & Brow Attorneys at Law, LLLP
2608 Commons Blvd
STE A
Augusta, GA 30909

Huon Le
P.O. Box 2127
Augusta, GA 30903

Office of the U. S. Trustee
33 Bull Street, Suite 400
Savannah, GA 31401

    Robertson, Anschutz, Schneid & Crane LLC
    Attorney for Secured Creditor
    10700 Abbott's Bridge Road, Suite 170
    Duluth, GA 30097
    Telephone: 470-321-7112
    Facsimile: 404-393-1425

    By: /s/Andrea Betts
    Andrea Betts, Esquire
    GA Bar Number 432863
    Email: abetts@raslg.com