IN THE UNITED STATES BANKRUPTCY COURT
FOR THE SOUTHERN DISTRICT OF GEORGIA

In the matter of:       Rebecca Lynn Lariscy         )    Chapter 13
                                                     )    Case Number  22-10335
                                                     )
                        Debtor(s)                    )

## TRUSTEE'S MOTION TO CONFIRM PLAN, AS AMENDED

Trustee moves that Debtor(s)' plan as amended herein be confirmed. The plan, as amended, commits Debtor(s)' disposable income to the plan for a period of at least thirty-six (36) months and otherwise conforms to the requirements of Title 11. The plan, as amended, in order to meet the liquidation test of §1325(a)(4) will pay $_____ or more to unsecured creditors, but in any event will not pay less than _____ % of the total allowed unsecured claims.

Debtor(s)' plan is amended to

[ ]  raise payments/extend plan as follows: _____

[ ]  change valuation(s) as follows: _____

[ ]  allow/modify/disallow claims as follows: _____

[✓] other: _Debtor to submit operating reports by the 25th of each month_

The claim of US Bank NA (scheduled as held by Mr. Cooper) regarind the mortgage on real property located at 6264 Otis Way, Harlem, GA 30815, shall be treated as fully secured with interest of 9.90% under paragraph 4(d) of the Debtor's Chapter 13 plan and motion, docket no. 13

Trustee certifies that none of the foregoing amendments require notice to parties, other than those whose consent has been given. This __28th__ day of __July__, 20__22__.

Prepared by: /s/

Attorney for Debtor(s) Signature

Ken Ons  535606

Attorney Name and Bar Number

Consented to:

/s/ Lariscy
Debtor

_____
Co-Debtor

Presented by:
Huon Le - Chapter 13 Trustee

By: /s/
Staff Attorney
Jane Miller, GA Bar Number 256304
Frederick Carpenter, GA Bar Number 341438

PO Box 2127
Augusta, GA 30903
(706) 724-1039
Correspondence@chp13aug.org

/s/  773611
Creditor's Attorney Signature, Bar Number, & Creditor name
US Bank National Association as Trustee for the CIM Trust 2018-R3 Mortgage backed notes series 2018-R3
Creditor's Attorney Signature, Bar Number, & Creditor name

_____
Creditor's Attorney Signature, Bar Number, & Creditor name